1  BENJAMIN B. WAGNER
   United States Attorney
2  HENRY Z. CARBAJAL, III
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile:  (559) 497-4099

6
7  Attorneys for Plaintiff
   United States of America
8

FILED
DEC 12 2013
CLERK, U S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:01-CR-05257 AWI |
|---|---|
| Plaintiff, | ORDER TO UNSEAL INDICTMENT |
| v. | |
| ESGAR ZEPEDA RAMIREZ, | |
| Defendant. | |

This indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that the case be unsealed as to all defendants, and be made public record.

DATED: 12/12/13

_____
United States Magistrate Judge

Motion to Unseal Indictment                2