BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:01-cr-05257 AWI |
| Plaintiff, | |
| v. | MOTION TO DISMISS INDICTMENT; ORDER THEREON |
| ESGAR RAMIREZ, | |
| Defendant. | |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the Indictment against ESGAR RAMIREZ without prejudice in the interest of justice.

DATED:      February 3, 2014

                              BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ Henry Z. Carbajal III
                              HENRY Z. CARBAJAL III
                              Assistant United States Attorney

/ / /

/ / /

/ / /

1

**O R D E R**

The Indictment in this matter is dismissed without prejudice.

IT IS SO ORDERED.

Dated:   February 3, 2014

_____
SENIOR  DISTRICT  JUDGE