HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
VICTOR M. CHAVEZ, CA Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
ESGAR ZEPEDA RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:01-cr-05257 AWI-1 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | REQUEST TO EXONERATE BOND; ORDER |
| ESGAR ZEPEDA RAMIREZ, | ) | |
| Defendant. | ) | |

     Defendant, Esgar Zepeda Ramirez, hereby requests exoneration of bail pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure.  In this case a $4,000 deposit was made by defendant's surety.  The indictment was ordered dismissed on February 3, 2014, pursuant to the government's motion.  Therefore, No conditions of the bond remain to be satisfied.  Government counsel was notified of this request and does not object.

                                          Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

Dated:  February 4, 2014            */s/ Victor Chavez*
                                          VICTOR M. CHAVEZ
                                          Assistant Federal Defender
                                          Attorneys for Defendant
                                          ESGAR ZEPEDA RAMIREZ

All conditions of the bond having been satisfied and the criminal action having been dismissed, it is hereby ordered that bail be exonerated and that the clerk of court release collateral posted to the surety of record.

IT IS SO ORDERED.

Dated: __February 4, 2014__                    _____
                                                                            SENIOR DISTRICT JUDGE